UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Tuesday, April 9, 2019, at 9:30 a.m.,** I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion for Rule 2004 Examination of Debtor**, a copy of which is attached hereto and is herewith served upon you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9.**

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on April 2, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of Debtor** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ *M. Gretchen Silver*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Anamaria F Rivero     arivero@boundaslaw.com, riveroar72266@notify.bestcase.com
- David M Siegel     davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.axosfs.com

**Parties Served via First Class Mail:**

Sultan Ghahtani
1000 S. Clark
Townhouse 6
Chicago, IL 60605

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

## MOTION FOR RULE 2004 EXAMINATION OF DEBTOR

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from Sultan Ghahtani (the "Debtor") pursuant to Fed. R. Bankr. P. 2004. In support of his request, the United States Trustee the following:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On February 20, 2019, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Catherine L. Steege was appointed Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for May 28, 2019.

5. On March 1, 2019, the U.S. Trustee requested, through counsel, Debtor voluntarily provide the financial documents that were previously provided to the Chapter 7 Trustee by March 8, 2017. On March 13, 2019, the Debtor provided those documents.

6. The U.S. Trustee seeks discovery to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, and statement of financial affairs in order to evaluate whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707. To do so, the U.S. Trustee needs to elicit discovery from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), including the production of documents and attendance at an examination, if necessary.

WHEREFORE, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct discovery of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: April 2, 2019

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054