UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT on **Thursday, May 23, 2019, at 9:30 a.m.,** I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** a copy of which is attached and is served on you.

                                                  */s/ M. Gretchen Silver*
                                                  M. Gretchen Silver, Trial Attorney
                                                  Office of the United States Trustee
                                                  219 South Dearborn, Room 873
                                                  Chicago, Illinois  60604
                                                  (312) 353-5054

**CERTIFICATE OF SERVICE**

    I, M. Gretchen Silver, attorney, state that on May 16, 2019, pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and the appended  **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss** were filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated.

                                                    */s/ M. Gretchen Silver*

1

# **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Anamaria F Rivero    arivero@boundaslaw.com, riveroar72266@notify.bestcase.com
- David M Siegel    davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- Catherine L. Steege    csteege@jenner.com, csteege@ecf.axosfs.com

**Parties Served via First Class Mail:**

Sultan Ghahtani
1000 S. Clark
Townhouse 6
Chicago, IL 60605

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by his attorney, M. Gretchen Silver, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Sultan Ghahtani ("Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1.  This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.  On February 20, 2019, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Catherine L. Steege was appointed Chapter 7 Trustee in the Debtor's case.

3. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for May 28 2019.

4. On April 16, 2019, this Court entered an order granting the U.S. Trustee's Motion for 2004 Examination of the Debtor.

5. On April 16, 2019, the U.S. Trustee served the Debtor with a subpoena for documents to be provided to the U.S. Trustee on or before May 13, 2019. The Debtor has provided documents and the U.S. Trustee is in the process of reviewing them.

6. Based on the above, the U.S. Trustee requests additional time to investigate and determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to § 707.

**WHEREFORE**, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for filing a motion to dismiss the Debtor's case under 11 U.S.C. § 707, for sixty-two (62) days, to and including July 29, 2019, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: May 16, 2019

/s/ M. Gretchen Silver
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054