UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Tuesday, September 24, 2019, at 9:30 a.m.,** I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion for Rule 2004 Examination of AMERICAN EXPRESS; LENDING CLUB; CHASE BANK; MB FINANCIAL BANK; NORDSTROM, INC.; AND U.S. BANK, N.A.**, a copy of which is attached and served on you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9.**

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on September 16, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of AMERICAN EXPRESS; LENDING CLUB; CHASE BANK; MB FINANCIAL BANK; NORDSTROM, INC.; AND U.S. BANK, N.A.** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Diana A Carpintero     dcarpintero@mlg-defaultlaw.com, ILWIBK@mlg-defaultlaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Anamaria F Rivero     arivero@boundaslaw.com, riveroar72266@notify.bestcase.com
- David M Siegel     davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- M. Gretchen Silver     ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.axosfs.com

**Parties Served via First Class Mail:**

Sultan Ghahtani
1000 S. Clark
Townhouse 6
Chicago, IL 60605

Sultan Ghahtani
720 S. Wells St.,#290
Townhouse 6
Chicago, IL 60607

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**American Express**
c/o CT Corporate Services
111 8th Avenue
13th Floor
New York, NY 10011

**LendingClub**
595 Market Street, Suite 200
San Francisco, CA 94105

Chase Bank
7610 W. Washington St., Fl. 1
Indianapolis, IN 46231

Bank One
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

Jamie Dimon, Chairman & CEO
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Jamie Dimon, Chairman & CEO
Chase Bank USA, N.A.
270 Park Avenue
New York, NY 10017

**MB Financial Bank**
Attn: Legal Department
6111 N. River Road
Rosemont, IL 60018

Nordstrom, Inc.
Attn: General Counsel
1700 7th Avenue, Suite 1000
Seattle, WA 98101

U.S. Bank, N.A.
Attn: Subpoena Processing
800 Nicollet Mall, 21st Floor
Minneapolis, MN 55402

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**MOTION FOR RULE 2004 EXAMINATION OF AMERICAN EXPRESS;
LENDING CLUB; CHASE BANK; MB FINANCIAL BANK;
NORDSTROM, INC.; AND U.S. BANK, N.A.**

Now comes PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from AMERICAN EXPRESS; LENDING CLUB; CHASE BANK; MB FINANCIAL BANK; NORDSTROM, INC.; AND U.S. BANK, N.A. (together "Banks and Creditors") under Fed. R. Bankr. P. 2004. As his reasons for said request, the United States Trustee states to the Court as follows:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine under IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion under Fed. R. Bankr. P. 2004.

3. On February 20, 2019, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Catherine L. Steege was appointed Chapter 7 Trustee in the Debtor's case (the "Chapter 7 Trustee").

4. The last date for the U.S. Trustee to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for September 27, 2019.

5. The Debtor indicated in his petition that his debts were primarily consumer debts.

6. Schedule A/B reflects the Debtor has $45,466.00 in total assets.

7. Schedule E/F reflects the Debtor has $289,595.00 in total unsecured debt.

8. Amended Schedule I reflects the Debtor earns $7,917.00 in sales for Oshyn for the past 2 months. Amended Schedule I lists no income for Debtor's non-filing spouse.

9. On April 16, 2019, the U.S. Trustee issued a subpoena on the Debtor requesting he provide various financial documentation by May 13, 2019. The Debtor has provided some, but not all of the requested documents.

10. In the instant case, the U.S. Trustee seeks document production from the Banks and Creditors. The financial documents requested were not produced by the Debtor and will facilitate the U.S. Trustee's investigation of the Debtor's financial affairs and the nature and extent of his assets.

11. The U.S. Trustee seeks to verify information disclosed on the Debtor's schedules and statement of financial affairs and in the testimony the Debtor gave at his meeting of creditors. In order to do so, the U.S. Trustee needs to elicit discovery from the Banks and Creditors under Rule 2004, including the production of documents.

WHEREFORE, the U.S. Trustee respectfully requests the Court enter an order authorizing

the United States Trustee to conduct discovery from the Banks and Creditors under Rule 2004 and for such other relief as is necessary and just.

        RESPECTFULLY SUBMITTED:

        PATRICK S. LAYNG
        UNITED STATES TRUSTEE

DATED: <u>September 16, 2019</u>        By: */s/ M. Gretchen Silver*
        M. Gretchen Silver, Attorney
        OFFICE OF THE U.S. TRUSTEE
        219 S. Dearborn, Room 873
        Chicago, Illinois   60604
        (312) 353-5054