UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Tuesday, January 28, 2020, at 9:30 a.m.,** I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion for Rule 2004 Examination of Debtor's Spouse – Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar**, a copy of which is attached hereto and is herewith served upon you.

**NOTE THAT THE PROPOSED ORDER APPENDED TO THIS MOTION MAY BE ENTERED BY THE JUDGE WITHOUT PRESENTMENT IN OPEN COURT UNLESS A PARTY IN INTEREST NOTIFIES THE JUDGE OF AN OBJECTION THERETO PURSUANT TO LOCAL RULE 9013-9.**

/s/ M. Gretchen Silver
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on January 16, 2020, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion for Rule 2004 Examination of the Debtor's Spouse – Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

/s/ *M. Gretchen Silver*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Diana A Carpintero    dcarpintero@mlg-defaultlaw.com, ILWIBK@mlg-defaultlaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Anamaria F Rivero    arivero@boundaslaw.com, riveroar72266@notify.bestcase.com
- David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- M. Gretchen Silver    ustpregion11.es.ecf@usdoj.gov, gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Catherine L. Steege    csteege@jenner.com, csteege@ecf.axosfs.com

**Parties Served via First Class Mail:**

Sultan Ghahtani
1000 S. Clark
Townhouse 6
Chicago, IL 60605

Sultan Ghahtani
720 S. Wells St., #290
Townhouse 6
Chicago, IL 60607

Mia Gray a/k/a Mini Pan Taar
a/k/a Minie Ghahtani a/k/a Minie Deborah Taar
1000 S. Clark
Townhouse 6
Chicago, IL 60605

Mia Gray a/k/a Mini Pan Taar
a/k/a Minie Ghahtani a/k/a Minie Deborah Taar
720 S. Wells St., #290
Townhouse 6
Chicago, IL 60607

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR'S SPOUSE - MIA GRAY a/k/a MINIE PAN TAAR a/k/a MINIE GHAHTANI a/k/a MINIE DEBORAH TAAR**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, M. Gretchen Silver, and moves the Court to enter an order authorizing discovery from Debtor's Spouse – Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar ( "Gray") pursuant to Fed. R. Bankr. P. 2004.  In support of his request, the United States Trustee the following:

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. On February 20, 2019, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Catherine L. Steege was appointed Chapter 7 Trustee in the Debtor's case.

4. The last date to object to the Debtor's discharge or to file a motion to dismiss his case under § 707 is currently set for January 27, 2020.

5. On April 9, 2019, the Court entered an Order Granting the U.S. Trustee's Motion for Rule 2004 of Debtor. *See Docket 16*.

6. On April 16, 2019, the U.S. Trustee issued a Subpoena for Rule 2004 Examination to the Debtor to produce documents by May 13, 2019. The Debtor produced some but not all of the requested documents.

7. On September 24, 2019, the Court entered an Order Granting the U.S. Trustee's Motion for Rule 2004 of American Express, Lending Club, Chase Bank, MB Financial Bank, Nordstrom, Inc. and U.S. Bank, N.A. *See Docket 16*.

8. On October 29, 2019, the U.S. Trustee issued a Subpoena for Rule 2004 Examination to American Express, Lending Club, Chase Bank, MB Financial Bank, Nordstrom, Inc. and U.S. Bank, N.A to produce documents by November 26, 2019. The U.S. Trustee has received documents from some of the financial institutions and is in the process of reviewing these documents.

9. The U.S. Trustee seeks discovery to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, and statement of financial affairs in order to evaluate whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707. To do so, the U.S. Trustee needs to elicit discovery from the Debtor's Spouse – Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar under Federal Rule of Bankruptcy Procedure 2004(c), including the production of documents and attendance at an examination, if necessary.

WHEREFORE, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct discovery of the Debtor's Spouse – Mia Gray a/k/a Minie Pan Taar a/k/a

Minie Ghahtani a/k/a Minie Deborah Taar under Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: January 16, 2020

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054