UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on **Tuesday, April 28, 2020, at 1:00 p.m.,** I shall appear *telephonically* **in accordance with Amended General Order 20-03** before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in Courtroom 680, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **Motion of the United States Trustee for an Additional Extension of Time to Object to Discharge and to File Motion to Dismiss** a copy of which is attached and is served on you.

**PURSUANT TO THE COURT'S AMENDED GENERAL ORDER 20-03, FOUND AT https://www.ilnb.uscourts.gov/sites/default/files/general-ordes/Gen-Ord-20-03.pdf, ANY PARTY THAT OBJECTS TO THIS MOTION AND WANTS IT CALLED FOR HEARING IN OPEN COURT MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE. A NOTICE OF OBJECTION NEED ONLY SAY THAT THE RESPONDENT OBJECTS TO THE MOTION. NO REASONS NEED TO BE GIVEN FOR THE OBJECTION.**

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois  60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, attorney, state that on April 20, 2020, pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and the appended **Motion of the United States Trustee for an Additional Extension of Time to Object to Discharge and to File Motion to Dismiss** were filed and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Diana A Carpintero     dcarpintero@mlg-defaultlaw.com, ILWIBK@mlg-defaultlaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Anamaria F Rivero     arivero@boundaslaw.com, riveroar72266@notify.bestcase.com
- David M Siegel    davidsiegelbk@gmail.com,
  R41057@notify.bestcase.com;johnellmannlaw@gmail.com
- M. Gretchen Silver     ustpregion11.es.ecf@usdoj.gov,
  gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov
- Catherine L. Steege     csteege@jenner.com, csteege@ecf.axosfs.com

**Parties Served via First Class Mail:**

Sultan Ghahtani
720 S. Wells St.,#290
Townhouse 6
Chicago, IL 60607

Sultan Ghahtani
1000 S. Clark
Townhouse 6
Chicago, IL 60605

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| SULTAN GHAHTANI, | ) | CASE NO. 19-04419 |
| | ) | |
| DEBTOR. | ) | HON. JACQUELINE P. COX |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN ADDITIONAL EXTENSION
OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District

of Illinois ("U.S. Trustee"), by his attorney, M. Gretchen Silver, and pursuant to 11 U.S.C. §

727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an additional extension

of time to object to the discharge of Sultan Ghahtani ("Debtor"), and to file a motion dismiss the

Debtor's case for abuse pursuant to 11 U.S.C. § 707(b) and Fed. R. Bankr. P. 1017(e)(1). In support

of this request, the U.S. Trustee states as follows:

1.      This is a core proceeding concerning the administration of this estate pursuant to

28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to Internal Operating

Procedure 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern

District of Illinois.

2.      On February 20, 2019, the Debtor filed his voluntary petition for relief Chapter 7

of the Bankruptcy Code. On or about that same time, Catherine L. Steege was appointed Chapter

7 Trustee in the Debtor's case.

3.      The last date to object to the Debtor's discharge or to file a motion to dismiss his

case under § 707 is currently set for April 27, 2020.

1

4.      On April 9, 2019, the Court entered an Order Granting the U.S. Trustee's Motion for Rule 2004 of Debtor.  *See Docket 16*.

5.      On April 16, 2019, the U.S. Trustee issued a Subpoena for Rule 2004 Examination to the Debtor to produce documents by May 13, 2019.  The Debtor produced some but not all of the requested documents.

6.      On September 24, 2019, the Court entered an Order Granting the U.S. Trustee's Motion for Rule 2004 of American Express, Lending Club, Chase Bank, MB Financial Bank, Nordstrom, Inc. and U.S. Bank, N.A.  *See Docket 16*.

7.      On October 29, 2019, the U.S. Trustee issued a Subpoena for Rule 2004 Examination to American Express, Lending Club, Chase Bank, MB Financial Bank, Nordstrom, Inc. and U.S. Bank, N.A to produce documents by November 26, 2019.   The U.S. Trustee has received documents from some of the financial institutions and is in the process of reviewing these documents.

8.      On January 28, 2020, this Court granted a motion pursuant to Fed. R. Bankr. P. 2004 for authority to request various documents from the Debtor's spouse - Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar.

9.      On February 27, 2020, the U.S. Trustee conducted a 2004 exam of the Debtor.  At that time the U.S. Trustee requested additional documentation from the Debtor and, depending on the review of those additional documents, may need to reexamine this Debtor.

10.      In addition, based on the U.S. Trustee's review of the documents and the 2004 examination of the Debtor, the U.S. Trustee will need to schedule an oral examination the Debtor's spouse - Mia Gray a/k/a Minie Pan Taar a/k/a Minie Ghahtani a/k/a Minie Deborah Taar.

11. Based on the above, the U.S. Trustee requests additional time to investigate and determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to § 707.

**WHEREFORE**, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 and for filing a motion to dismiss the Debtor's case under 11 U.S.C. § 707, for sixty (60) days, to and including June 26, 2020, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: <u>April 20, 2020</u>

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054